IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHNNY B. COLLINS                                                          PLAINTIFF

vs.                                         Civil Action No. 4:07-cv-58 HTW-LRA

WARDEN DALE CASKEY, et al.                               DEFENDANTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that defendants' summary judgment motion be granted. The above-styled and numbered cause is dismissed.

**SO ORDERED, this the 29th day of July, 2009.**

                                                     **s/ HENRY T. WINGATE**
                                                     **CHIEF UNITED STATES DISTRICT JUDGE**